IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WILLIAMS,  )<br>    Plaintiff,  )<br>v.  )<br>OFFICER R. ADAMS, et al.,  )<br>    Defendants.  )<br>_____  ) | No. C 12-5676 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 2) |

On November 5, 2012, Plaintiff, a county jail inmate, filed a civil rights action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Specifically, he was informed that his IFP application was incomplete because he had not provided the required statement from his inmate trust account and certificate of funds signed by an authorized jail official. Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or complete his IFP application by submitting the trust account statement and certificate within thirty days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice. The incomplete IFP application is DENIED and no fee is due.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 14, 2012

                                    _____
                                    JEFFREY S. WHITE
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>R ADAMS et al,<br><br>        Defendant. | Case Number: CV12-05676 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert L. Lawrence
5325 Broder Blvd
ANB-118
Dublin, CA 94568

Dated: December 19, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk